Fill in this information to identify the case:

Debtor name **Binder Science LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): **24-70095**

☐ Check if this is an amended filing

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☐ *Amended Schedule* __________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration __________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/06/2024**
MM/ DD/ YYYY

✗ **/s/ Patric Palcic**
Signature of individual signing on behalf of debtor

**Patric Palcic**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor Name **Binder Science LLC**

United States Bankruptcy Court for the: **Western** District of **Texas** (State)

Case number (If known): **24-70095**

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. Regions | Checking account | 2 0 4 6 | $66,000.00 |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | |
| 4.2 | | | |
| 5. **Total of Part 1** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | $66,000.00 |

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1 Adler Real Estate | $9,042.96 |
| 7.2 Schindler Real Estate Services, Inc. | unknown |

Debtor **Binder Science LLC** Case number *(if known)* **24-70095**
Name

7.3 **Oliphant Investments** **unknown**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1

8.2

9. **Total of Part 2** **$9,042.96**

Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

❑ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **unknown** | - | **unknown** | =..... ➔ | **$120,069.40** |
| 11b. Over 90 days old: | **unknown** | - | **unknown** | =..... ➔ | **$39,600.00** |

12. **Total of Part 3** **$159,669.40**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

❑ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1

14.2

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

15.1.

15.2.

Debtor **Binder Science LLC** Case number *(if known)* **24-70095**

Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1

16.2

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

❑ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| See Attached | 04/30/2024 (MM / DD / YYYY) | unknown | | $2,343,582.57 |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| Finished Product | 06/01/2024 (MM / DD / YYYY) | unknown | | $120,000.00 |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

23. **Total of Part 5** — **$2,463,582.57**

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☑ No

❑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

❑ Yes. Book value ____________ Valuation method ____________ Current value ____________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

❑ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

Debtor **Binder Science LLC** Case number *(if known)* **24-70095**
Name

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
 ☐ No
 ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value ________ Valuation method ________ Current value ________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

Debtor **Binder Science LLC** Case number *(if known)* **24-70095**
Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |

43. **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☑ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☐ No. Go to Part 9.
- ☑ Yes. Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 **2011 Chevrolet Suburban C1500 / VIN: 1GNSKJE32BR251832** | **unknown** | | **unknown** |
| | 47.2 **2011 Ford F250 / VIN: 1FT7W2BT1BEB23473** | **unknown** | | **unknown** |

Debtor **Binder Science LLC** Case number *(if known)* **24-70095**
Name

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1

48.2

49. **Aircraft and accessories**

49.1

49.2

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Keyence VHX Digital Microscope** | **unknown** | | **$125,000.00** |
| **See Attached** | **unknown** | **Cost** | **$1,500,095.35** |

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87. **$1,625,095.35**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☑ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- ☑ No. Go to Part 10.
- ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

Debtor **Binder Science LLC** Case number *(if known)* **24-70095**
Name

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☑ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☑ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
______ ______ Total face amount – ______ doubtful or uncollectible amount = ➔ ______

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
______ Tax year ______ ______
______ Tax year ______ ______
______ Tax year ______ ______

73. **Interests in insurance policies or annuities**
______ ______

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
______ ______
**Nature of claim** ______
**Amount requested** ______

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
______ ______
**Nature of claim** ______
**Amount requested** ______

76. **Trusts, equitable or future interests in property**
______ ______

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
______ ______
______ ______

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90. ______

Debtor **Binder Science LLC** Case number *(if known)* **24-70095**
Name

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$66,000.00** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$9,042.96** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$159,669.40** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$2,463,582.57** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,625,095.35** | | |
| 88. | **Real property.** *Copy line 56, Part 9.* | ➔ | | |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + | | |
| 91. | **Total.** *Add lines 80 through 90 for each column.* 91a. | **$4,323,390.28** | + 91b. | |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. **$4,323,390.28**

Fill in this information to identify the case:

Debtor name Binder Science LLC

United States Bankruptcy Court for the: Western District of Texas (State)

Case number (if known): 24-70095

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 Mitsubishi HC Capital | $30,000.00 | $125,000.00 |

**2.1 Creditor's name**
Mitsubishi HC Capital

**Creditor's mailing address**
One Pierce Place, Suite 1100
Itasca, IL 60143

**Creditor's email address, if known**

**Date debt was incurred** 04/01/2020

**Last 4 digits of account number** 5 8 7 6

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
Keyence VHX Digital Microscope

**Describe the lien**
Purchase Money

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $30,000.00

Fill in this information to identify the case:

Debtor name Binder Science LLC

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): 24-70095

❑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☑ No. Go to Part 2.
   - ❑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1 Priority creditor's name and mailing address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br>**Basis for the claim:**<br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | | |
| **2.2 Priority creditor's name and mailing address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br>**Basis for the claim:**<br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | | |

Debtor **Binder Science LLC** Case number *(if known)* **24-70095**
Name

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
7even Capital
323 Sunny Iles Blvd., Suite 503
North Miami Beach, FL 33160

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** MCA

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim:** $200,000.00

**3.2 Nonpriority creditor's name and mailing address**
Action Resources, Inc.
204 20th Street North
Birmingham, AL 35203

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Freight

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim:** $400,000.00

**3.3 Nonpriority creditor's name and mailing address**
American Express
P.O. Box 981535
El Paso, TX 79998-1535

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ______

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim:** $145,000.00

**3.4 Nonpriority creditor's name and mailing address**
Balboa Capital Corp.
575 Anton Blvd. 12th fl
Costa Mesa, CA 92626

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ______

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim:** $3,240.10

Debtor **Binder Science LLC** Case number *(if known)* **24-70095**
Name

**Part 2:** Additional Page

**3.5** **Nonpriority creditor's name and mailing address**
Cedar Advance
2917 Ave I
Brooklyn, NY 11210

**Date or dates debt was incurred** ____
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$1,700,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** MCA
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Connection Chemical
104 Pheasant Run, Suite 104
Newtown, PA 18940

**Date or dates debt was incurred** ____
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$295,563.32**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Chemical - Surfactant
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**
Dana Leasing System
PO Box 150 - Avenel
Avenel, NJ 07001-0150

**Date or dates debt was incurred** ____
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$24,200.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Equipment Rental
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**
De Lage Landen Financial Services, Inc.
PO Box 41602
Philadelphia, PA 19101

**Date or dates debt was incurred** ____
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$2,102.60**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Copier
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Binder Science LLC** Case number *(if known)* **24-70095**
Name

**Part 2:** Additional Page

**3.9** **Nonpriority creditor's name and mailing address**
**Dragon Stone Energy, LTD**
**4731 Fisher Dr**
**CB V6X 3V4, Canada,**

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$8,885,060.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Judgment Lien**

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.10** **Nonpriority creditor's name and mailing address**
**Dynamic Excellence in Information, Inc.**
**9301 State Hwy 75 S**
**New Waverly, TX 77358**

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$2,400.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Document Scanning**

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.11** **Nonpriority creditor's name and mailing address**
**Energy Chemicals Inc.**
**4517 Knight Wynd SW**
**Edmonton, AB, Canada T6W 4B7,**

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$2,720.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Chemical - Polymer**

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.12** **Nonpriority creditor's name and mailing address**
**Evonik**
**2 Turner Plac**
**Piscataway, NJ 08854**

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$183,982.68**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Chemical - Surfactant**

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor **Binder Science LLC** Case number *(if known)* **24-70095**
Name

**Part 2:** Additional Page

**3.13** **Nonpriority creditor's name and mailing address**
GFL Environmental
26999 Central Park Blvd, Suite 200
Southfield, MI 48076

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Garbage Dumpster Service

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**
H&H Clay Inc.
PO Box 626
Fruita, CO 81521

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $33,936.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Chemical - Clay

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.15** **Nonpriority creditor's name and mailing address**
Harcros Chemicals Inc
3938 Porett Dr
Gurnee, IL 60031

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $90,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Chemical - Surfactant

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**
Iruka Capital
162 Elmora Ave #211
Elizabeth, NJ 07202

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $3,008,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** MCA

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Binder Science LLC** Case number *(if known)* **24-70095**
Name

**Part 2:** Additional Page

**3.17** **Nonpriority creditor's name and mailing address**
**Lancer Industries, Inc.**
**3010 LBJ FREEWAY, SUITE 555**
**Dallas, TX 75234**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$2,500,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Chemical - Base Oil

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.18** **Nonpriority creditor's name and mailing address**
**LEAF Capital Funding, LLC**
**2005 Market Street, 14th Floor**
**Philadelphia, PA 19103**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$8,388.63**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Equipment

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.19** **Nonpriority creditor's name and mailing address**
**Legacy Line Haul LLC**
**3932 E 32nd Place**
**Tulsa, OK 74135**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$71,809.50**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Freight

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.20** **Nonpriority creditor's name and mailing address**
**Loeb Appraisal**
**8609 W. Bryn Mawr, Suite 208**
**Chicago, IL 60631**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Appraisal Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Binder Science LLC** Case number *(if known)* **24-70095**
Name

**Part 2:** Additional Page

**3.21 Nonpriority creditor's name and mailing address**
Meged Funding
1 Princeton Ave,
Brick, NJ 08724

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$158,000.00**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** MCA

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**3.22 Nonpriority creditor's name and mailing address**
Milestone Bank
3150 Livernois Rd, Suite 300
Troy, MI 48083

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**3.23 Nonpriority creditor's name and mailing address**
New Vista Capital
7901 4TH ST N STE 300
Saint Petersburg, FL 33702

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$4,850,000.00**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** MCA

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**3.24 Nonpriority creditor's name and mailing address**
Palmetto Maple LLC
16592 Lonely Pines Dr
Conroe, TX 77302

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$27,000.00**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Accounting Services

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Debtor **Binder Science LLC** Case number *(if known)* **24-70095**
Name

**Part 2:** Additional Page

**3.25** **Nonpriority creditor's name and mailing address**
**Perseverance Services LLC**
**718 N Shipp St**
**Hobbs, NM 88240**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$7,049.62**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Freight**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**
**Proventure Capital**
**99 Well St. Suite 576**
**New York, NY 10005**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$215,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **MCA**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
**RL Walker Transport**
**15134 Boudreaux Road**
**Tomball, TX 77377**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$11,308.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Freight**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
**Shell (SOPUS Products)**
**150 N Dairy Ashford Rd**
**Houston, TX 77079**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$244,768.83**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Chemical - Base Oil**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Binder Science LLC** Case number *(if known)* **24-70095**
Name

## Part 2: Additional Page

**3.29 Nonpriority creditor's name and mailing address**
**SNF, Inc.**
**ONE CHEMICAL PLANT ROAD**
**Riceboro, GA 31323**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$6,010,747.88**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Chemical - Polymer**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.30 Nonpriority creditor's name and mailing address**
**Speedy Funding**
**157 Church St.**
**New Haven, CT 06510**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$296,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **MCA**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.31 Nonpriority creditor's name and mailing address**
**Texas Drum & Container**
**602 N Fairway**
**Fairfield, TX 75840**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$9,750.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.32 Nonpriority creditor's name and mailing address**
**The Law Offices of Kenneth H Dramer**
**567 Broadway**
**Massapequa, NY 11758**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$591,361.83**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Legal Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Binder Science LLC** Case number *(if known)* **24-70095**
Name

**Part 2:** Additional Page

**3.33** **Nonpriority creditor's name and mailing address**
**TianFloc Canada Inc.**
**3 Kingstree Court**
**Stouffville Ontario L4A 0G9, Canada,**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$1,736,800.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Chemical - Polymer

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.34** **Nonpriority creditor's name and mailing address**
**Transition Consulting LLC**
**64 E Uwchlan Ave #480**
**Exton, PA 19341**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$305,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Consulting Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.35** **Nonpriority creditor's name and mailing address**
**Truss Financial, LLC**
**450 West Nyack Rd., 3rd Floor**
**West Nyack, NY 10994**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.36** **Nonpriority creditor's name and mailing address**
**Verdant Energy Solutions LLC**
**24601 Governors Hwy**
**University Park, IL 60484**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$25,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Chemical - Surfactant

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Binder Science LLC**
Name

Case number *(if known)* **24-70095**

**Part 2:** Additional Page

**3.37** **Nonpriority creditor's name and mailing address**

**Wolfex Supply Chain Solutions LLC**
**128 Vision Park Blvd Ste 240**
**Conroe, TX 77384**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$116,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Freight**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Binder Science LLC** Case number *(if known)* **24-70095**
Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. | + | **$32,160,188.99** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$32,160,188.99** |

Fill in this information to identify the case:

Debtor name **Binder Science LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): **24-70095** Chapter **11**

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Premises | AF4 Woodlands, LLC<br>9391 Grogans Mill Rd STE A1<br>Spring, TX 77380 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Premises | Legendary Sky, Ltd.<br>3316 N CR 1108<br>Midland, TX 79706 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Premises | Oliphant Investments Company, LLC<br>32624 Decker Prairie Rd<br>Magnolia, TX 77355 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Binder Science LLC**

United States Bankruptcy Court for the: **Western** District of **Texas** (State)

Case number (If known): **24-70095**

❑ Check if this is an amended filing

**Official Form 206H**

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

❑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.2 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.3 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |

Debtor **Binder Science LLC** Case number (if known) **24-70095**
Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |

Fill in this information to identify the case:

Debtor name **Binder Science LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): **24-70095** Chapter **11**

❑ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real Property:** Copy line 88 from *Schedule A/B* | **$0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | **$4,323,390.28** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | **$4,323,390.28** |

### Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* | **$30,000.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | **$0.00** |
| 3b. **Total amount of claims of non-priority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | **+ $32,160,188.99** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | **$32,190,188.99** |

**Inventory Valuation for Pat 7-23-24 using last known inventory from Mario on 4-30-24 with values overidden from Decker Google Inventory from Cole on 7-22-24 plus Midland Inventory 7-22-24**

Code Key: **$2,343,582.57**

R= Raw/ L=Liquid P=Powder/ N=Not Restricted F=Flammable C=Corrosive O=Oxidizer E=I

| Unit Cost | Density | Raw Materials | UOM | 5/23/24 | $ |
|---|---|---|---|---|---|
| $0.47 | 10 | aluminum chloride 27% | gal | 225 | $1,057.50 |
| $18.18 | 13.1772 | Phosphoric Acid 75% | gal | 495 | $118,594.80 |
| $0.80 | 10 | sodium aluminate 38.4% | gal | 3300 | $26,400.00 |
| $0.29 | 11.6 | sodium hydroxide 50% (caustic soda) | gal | 200 | $672.80 |
| | | Nitric Acid 67% | gal | | $0.00 |
| $1.20 | 9.18 | Citric Acid 25% Solution | gal | 1115 | $12,282.84 |
| | | triethanolamine 99% (TEA 99%) | gal | | $0.00 |
| | | TNPP | gal | | $0.00 |
| | | FC Pro Xylene Replacement (dipentene) | gal | | $0.00 |
| $1.79 | 6.5 | IPA 99% (isopropyl alcohol) | gal | 365 | $4,246.78 |
| | | PDS Super LW | gal | | $0.00 |
| | | FC Pro 300, S3 Surfactant | gal | | $0.00 |
| $0.20 | 11.6 | Calcium Chloride 39% soln | gal | 1325 | $3,074.00 |
| $0.53 | 10.3416 | Crude Glycerin 80% | gal | 3100 | $16,991.25 |
| | | DOP | gal | | $0.00 |
| | | Dynol 607 | gal | | $0.00 |
| $0.48 | 7.19 | N60 / Ecominolate (EcoHeavy) | gal | | $0.00 |
| $3.10 | 8.34 | Lumisorb SSO | gal | 3666 | $94,780.76 |
| $2.29 | 8.34 | NBI-200 (GML) | gal | 682 | $13,025.25 |
| $6.79 | 8.34 | SilTech PA140 (defoamer) | gal | 715 | $40,489.45 |
| | | Polymeric Blend (85/15) | gal | | $0.00 |
| $1.35 | 10 | Propylene Carbonate | gal | 7540 | $101,790.00 |
| | | Glucopon 625 (alkyl glycoside) | gal | | $0.00 |
| $1.79 | 6.5 | Benzyl Alcohol | gal | 660 | $7,679.10 |
| | | Silquat AO | gal | | $0.00 |
| $1.28 | 8.34 | DOS-70 / CS200 / WA-300 | gal | 2495 | $26,634.62 |
| | | Siltech AG64 | gal | | $0.00 |
| | | V-MAR F100 | gal | | $0.00 |
| $0.32 | 9 | VOP 80:20 (crude lecithin) | gal | 6000 | $17,280.00 |
| $0.32 | 9 | Processed VOP | gal | | $0.00 |
| | | SilTech 2500 | gal | | $0.00 |
| $0.65 | 10 | sodium silicate 39.4% | gal | | $0.00 |
| | | FC Pro S450 | gal | | $0.00 |
| | | ERA-3 | gal | | $0.00 |
| $5.00 | 9.0906 | Tyzor 211 | gal | 55 | $2,499.92 |
| | | HydraSurf | gal | | $0.00 |
| $27.60 | 1 | XC Vis 5 | gal | | $0.00 |
| $1.10 | 8.34 | Lecithin - Lipiton 100 / Stablec TS/ Lecisoy | gal | 10166 | $93,262.88 |
| $1.52 | 8.34 | TDA-9 | gal | | $0.00 |
| $0.86 | 8.34 | Ammonyx LO / Neominox LA | gal | 5560 | $39,878.54 |
| $1.00 | 6 | Alcohol 1754 | gal | 220 | $1,320.00 |
| $1.19 | 8.34 | NP-9 (surfactant) | gal | | $0.00 |
| | | Diacid 1550 (dicarbocylic acid) | gal | | $0.00 |
| $0.46 | 8.34 | Alkopon NS (sodium lauryl sulfate (SLS)) | gal | 5030 | $19,297.09 |
| $0.49 | 8.34 | Alkopon N (sodium laureth sulfate (SLES)) | gal | 5060 | $20,678.20 |
| $0.51 | 7 | Ergon HY-40 | gal | | $0.00 |
| | | PDS Super L | gal | | $0.00 |
| $2.14 | 8.53182 | dipropylene glycol | gal | 1155 | $21,088.10 |
| $6.80 | 0 | T Soft GML | | | $0.00 |
| $27.30 | 8.34 | Antifoam LBG-100 | gal | | $0.00 |
| $2.12 | 6.5 | Glycol Ether EB | gal | 10550 | $145,379.00 |
| $1.20 | 8.34 | GEJ Surf (alcohol ethoxylate surfactant) | gal | | $0.00 |
| $5.00 | 8.34 | BYK- GO 8730 | gal | 75 | $3,127.50 |
| $5.00 | 8.34 | BYK-410 | gal | 50 | $2,085.00 |
| $5.00 | 8.34 | BYK-420 | gal | 55 | $2,293.50 |
| $5.00 | 8.34 | BYK-W 966 | gal | | $0.00 |
| $0.48 | 7.19 | A Line Grades A, B & C (Pale Oils) | gal | | $0.00 |
| $1.26 | 8.34 | BLZ-83, B-70, B-50 | gal | 2030 | $21,359.14 |
| $0.19 | 9 | ACM-100 | gal | | $0.00 |
| | | ACM T-400 | gal | | $0.00 |
| $2.00 | 8.34 | TWEEN 80 | gal | 25 | $417.00 |
| $1.09 | 8.34 | N95 | gal | 374 | $3,399.88 |
| | | C20+ MODIFIED | gal | | $0.00 |
| $2.00 | 8.34 | DANOX | gal | 150 | $2,502.00 |
| $0.63 | 10 | Ethylene Glycol | gal | 9060 | $57,078.00 |
| | | NAP40 | gal | | $0.00 |
| | | COCO ESTER | gal | | $0.00 |
| $1.52 | 8.34 | NP10 | gal | 260 | $3,295.97 |
| $5.68 | 1 | SODIUM OXALATE | lbs | 1450 | $8,236.00 |
| $1.50 | 8.34 | INC-1421 | gal | 110 | $1,376.10 |
| $1.41 | 8.34 | BLAZE 93 | gal | | $0.00 |
| $0.48 | 7.19 | 4R HH60 | Gal | | $0.00 |
| | | API-50 | gal | | $0.00 |
| | | Cross Corsol 30 | Gal | | $0.00 |
| $0.46 | 8.34 | B70-WS | Gal | | $0.00 |
| $0.52 | 6.7 | Shell Oil | Gal | 300 | $1,045.20 |
| $1.50 | 8.34 | Alkosynt IT 90 | Gal | 550 | $6,880.50 |
| $0.46 | 8.34 | B70-TS | Gal | | $0.00 |
| $1.50 | 8.34 | Tomadol EV-23 5 | Gal | 15900 | $198,909.00 |
| $0.00 | 8.34 | B50-NP-9 | Gal | | $0.00 |
| $0.00 | 8.34 | B70-EV | Gal | | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| $0.53 | 6 | 1000 Solv Sasol | Gal | 110 | $349.80 | |
| $1.45 | 8.34 | Stepanate SXS | Gal | 88 | $1,064.18 | |
| $2.50 | 1 | Catapal A Alumina | lbs | 100 | $250.00 | |
| $1.00 | 1 | Guar Gum (40/45 cP) | lbs | 2000 | $2,000.00 | |
| $1.67 | 1 | Claytone 3 (Organo Clay) | lbs | 50 | $83.50 | |
| $2.00 | 1 | Claytone SF | lbs | 9100 | $18,200.00 | |
| | | Corn Starch | lbs | | $0.00 | |
| | | EDTA | lbs | | $0.00 | |
| | | Polybor | lbs | | $0.00 | |
| | | sodium propionate | lbs | | $0.00 | |
| | | sodium chloride 99% (salt) | lbs | | $0.00 | |
| $6.55 | 1 | xanthan gum (ZanFlo/Plus) | lbs | 2600 | $17,030.00 | |
| $0.82 | 1 | Kemdrill A-2352 | lbs | 2000 | $1,640.00 | |
| $3.03 | 1 | zinc oxide 99% | lbs | 1100 | $3,333.00 | |
| $0.74 | 1 | sodium carbonate (soda ash) | lbs | 800 | $592.00 | |
| $1.00 | 1 | KemDrill N-2141 | lbs | 10000 | $10,000.00 | |
| $0.68 | 1 | ECI FR970 | lbs | 80000 | $54,400.00 | |
| $1.38 | 1 | ECI FR950 | lbs | 10000 | $13,800.00 | |
| $1.15 | 1 | TianFloc E3025 | lbs | 160000 | $184,000.00 | |
| | | Bentonite (Hydrogel) | lbs | | $0.00 | |
| $2.75 | 1 | potassium citrate | lbs | 6400 | $17,600.00 | |
| | | PAC LV (DrillPAC LV) | lbs | | $0.00 | |
| | | Rice Flour | lbs | | $0.00 | |
| $0.85 | 1 | SNF AN 934 VHM | lbs | 1640 | $1,394.00 | |
| $0.00 | 1 | SNF AN 926 VHM | lbs | | $0.00 | |
| $0.85 | 1 | TianFloc A-556 | lbs | 670560 | $569,976.00 | |
| $0.00 | 1 | DS BM-10 | lbs | | $0.00 | |
| $0.00 | 1 | DS - F10 | lbs | | $0.00 | |
| $0.09 | 1 | Swell Clay 200 (H&H) | lbs | 269400 | $24,246.00 | |
| $5.06 | 1 | Garamite | lbs | 5000 | $25,300.00 | |
| $0.19 | 1 | Wyoming Bentonite | lbs | 4300 | $817.00 | |
| $0.86 | 1 | SNF DRP 2340X (DRP 3049FG) | lbs | 2000 | $1,720.00 | |
| $1.34 | 1 | SNF DRP 3652 X (DRP 6026FG) | lbs | | $0.00 | |
| $0.00 | 1 | SNF DRP 1130X (DRP 1013FG) | lbs | | $0.00 | |
| $0.00 | 1 | DS - HV10 | lbs | | $0.00 | |
| $0.89 | 1 | DS - HV01 | lbs | | $0.00 | |
| $0.00 | 1 | SNF DRP 2340 (UNPROCESSED) | lbs | | $0.00 | |
| $0.00 | 1 | DS - HV02 | lbs | | $0.00 | |
| $0.00 | 1 | Zetag | lbs | 68200 | $0.00 | <- Not ours. Belongs to PSMG |
| $1.17 | 1 | DS - GN10 | lbs | 2000 | $2,340.00 | |
| $0.00 | 1 | DS-BM20 | lbs | | $0.00 | |
| $2.05 | 8.34 | lumisorb baze mix | Gal | | $0.00 | |

| Unit Cost | | Finished Product | UOM | 12/31/22 | |
|---|---|---|---|---|---|
| $0.72 | 1 | Activator A (NANOS) | gal | 875 | $630.00 |
| $2.07 | 1 | TNB 100 N | gal | 110 | $227.70 |
| $0.00 | 1 | Preserve | gal | | $0.00 |
| | 1 | ESPDS | gal | | $0.00 |
| $7.00 | 1 | MAXIM | gal | | $0.00 |
| | 1 | BPAK | gal | | $0.00 |
| | 1 | HD SDW 605 (Anti/Defoam) | gal | | $0.00 |
| | 1 | LD SDW 605 (Anti/Defoam) | gal | | $0.00 |
| $27.30 | 1 | LBG 100 Antifoam | gal | | $0.00 |
| | 1 | Magnacide 1025 | gal | | $0.00 |
| $5.00 | 1 | PDS Super L | gal | | $0.00 |
| $5.00 | 1 | PDS Super LW | gal | | $0.00 |
| | 1 | "Component B" for PDS Super L | gal | | $0.00 |
| | 1 | BL Plus | gal | | $0.00 |
| | 1 | FST-4E | gal | | $0.00 |
| Bad Product | 1 | MM-150 | gal | | |
| | 1 | MM-200 | gal | | $0.00 |
| | 1 | MM-201 | gal | | $0.00 |
| | 1 | MM-201UW | gal | | $0.00 |
| | 1 | MM-202 | gal | | $0.00 |
| Bad Product | 1 | MM-300 | gal | | |
| Bad Product | 1 | MM-300 LT | gal | | |
| | 1 | MM-400 | gal | | $0.00 |
| $6.50 | 1 | MM-500 | gal | | $0.00 |
| $6.50 | 1 | MM-2500 (Totes from the past) | gal | | $0.00 |
| $6.50 | 1 | MM-2500 (HY-40) | gal | | $0.00 |
| $6.50 | 1 | MM-2600 | gal | | $0.00 |
| $6.50 | 1 | MM-2800 | gal | | $0.00 |
| | 1 | MM Series Suspension Package | gal | | $0.00 |
| | 1 | VME III | gal | | $0.00 |
| | 1 | Nano Activator Z | gal | | $0.00 |
| $27.60 | 1 | XC Vis 5 | gal | 1072 | $29,587.20 |
| | 1 | XC Vis 5 Plus | gal | | $0.00 |
| $18.00 | 1 | XC Vis 10 | gal | | $0.00 |
| | 1 | Guar Suspension | gal | | $0.00 |
| | 1 | CleanVOC | gal | | $0.00 |
| $1.50 | 1 | MESO 3 | gal | | $0.00 |
| $1.50 | 1 | MESO 5 | gal | | $0.00 |
| | 1 | RTN PLS X5 | gal | | $0.00 |
| | 1 | RTN PLS X5W | gal | | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| $4.51 | 1 | RTN PLS X6W | gal | 17052 | $76,904.52 |
| $7.20 | 1 | RTN PLS X10W | gal | | $0.00 |
| | 1 | RTN PLS X10W (OMA-2) | gal | | $0.00 |
| | 1 | UF-973 | gal | | $0.00 |
| | 1 | Terradyne 200 | gal | | $0.00 |
| $10.06 | 1 | Spacer Replacement (CJ880) | gal | | $0.00 |
| | 1 | Maybe Bad CJ880 | gal | | $0.00 |
| | 1 | Thermal Extender (sodium thiosulfate 30% | gal | | $0.00 |
| | 1 | OilSweep 250 | gal | | $0.00 |
| $6.50 | 1 | MM-2500 | gal | | $0.00 |
| $6.50 | 1 | Texas Elite | gal | 15000 | $97,500.00 |
| | 1 | FDP-2023-1 | gal | | $0.00 |
| $6.50 | 1 | CT-5 | gal | | $0.00 |
| $6.50 | 1 | CT-25 | gal | | $0.00 |
| | 1 | CS-100D | gal | | $0.00 |
| $4.64 | 1 | LCL-50 | gal | 4825 | $22,388.00 |
| $6.50 | 1 | TE Pure | gal | | $0.00 |
| $1.00 | 1 | Z-10 | gal | 1375 | $1,375.00 |
| | 1 | Z-18 ACM | gal | | $0.00 |
| | 1 | Z-20 | gal | | $0.00 |
| $0.00 | 1 | Z-50 | gal | | $0.00 |
| $1.59 | 1 | Well Max LP1 | gal | 6300 | $10,017.00 |
| $1.00 | 1 | FDP-AME | gal | 4400 | $4,400.00 |
| $7.28 | 1 | S505 | gal | 1375 | $10,010.00 |

# Equipment Schedule

Values in Grey are estimates

| APPLICANT NAME: | | | | COMPANY NAME: | Binder Science LLC |
|---|---|---|---|---|---|
| | EQUIPMENT DESCRIPTION | MAKE | MODEL | SERIAL NUMBER | PURCHASE PRICE |
| 1 | Metrohm Karl Fischer Auto-Titrator Lab 1 | | | S/N: 001000373310 | $9,019.00 |
| 2 | Metrohm Karl Fischer Auto-Titrator Lab 2 | | | | $9,019.00 |
| 3 | Sartorius Analytical Balance Entris II BCE224i-1S Main Lab | | | S/N: 0038703532 | $2,933.22 |
| 4 | Sartorius Analytical Balance Entris II BCE224i-1S QC Lab | | | | $2,933.22 |
| 5 | Mettler Toledo AG104 Analytical Balance | | | | $3,665.00 |
| 6 | Mettler Toledo AG104 Analytical Balance | | | | $3,726.45 |
| 7 | Mettler Toledo AT261 Analytical Balance | | | | $4,118.00 |
| 8 | Elmi Centrifuge Main Lab | | | S/N: 1910131T | $1,000.00 |
| 9 | Elmi Centrifuge QC Lab | | | | $1,000.00 |
| 10 | Waverly Orbital Shaker S3L Pro Main Lab | | | S/N:SD17CAD0000020 | $500.00 |
| 11 | Silverson L5MA Shear Mixer | | | S/N: 37906 | $6,560.00 |
| 12 | Silverson Verso Inline Shear Mixer | | | S/N: 30782 | $7,000.00 |
| 13 | Thermo Scientific Nicolet iS10 FTIR | | | S/N: AKX1501882 | $40,000.00 |
| 14 | Ross LSK-I Cowl Shear Mixer | | | S/N:118121 | $5,000.00 |
| 15 | Hosokawa Micron MAJS Air Jet Particle Sieve | | | S/N: 2207321-128924 | $9,257.54 |
| 16 | AND Balance Scale GF-1202A | | | S/N: T2104427 | $3,000.00 |
| 17 | Anton Paar MCR 302 Rheometer | | | S/N: 80963370 | $66,865.89 |

| | | | | | |
|---|---|---|---|---|---|
| 18 | Anton Paar DG42/T200/XL/SS Measuring System (Part#2771) | | | | $6,990.00 |
| 19 | Anton Paar Litesizer 500 | | | S/N: 84017191 | $84,310.20 |
| 20 | Metrohm Autolab PGSTAT204 (Rotating Disk Electrode Meter) | | | S/N: AUT52549 | $25,000.00 |
| 21 | Keyence VHX-7000 Digital Microscope | | | S/N: V5002010199 | $88,022.55 |
| 22 | Jeol JSM-6010PLUS/LA Scanning Electron Microscope | | | | $153,600.00 |
| 23 | Ted Pella Cressington 108 Sputter Coater | | | | $7,274.45 |
| 24 | Ofite 900 Digital Rheometer (Fann 35 eq) #1 Lab | | | S/N: 5154930000003 | $6,708.54 |
| 25 | Ofite 900 Digital Rheometer (Fann 35 eq) #2 Lab | | | | $11,199.87 |
| 26 | Ofite 900 Digital Rheometer (Fann 35 eq) #3 Lab | | | | $5,574.27 |
| 27 | Ofite 900 Digital Rheometer (Fann 35 eq) #4 Decker | | | | $6,197.27 |
| 28 | Ofite 900 Digital Rheometer (Fann 35 eq) #5 Decker | | | | $6,557.96 |
| 29 | Ofite 900 Digital Rheometer (Fann 35 eq) #6 Midland | | | | $8,350.83 |
| 30 | Ofite 900 Digital Rheometer (Fann 35 eq) #7 Midland | | | | $8,350.83 |
| 31 | Ofite EP Lubricity Meter #1 | | | S/N: 530550000001 | $14,800 |
| 32 | Ofite EP Lubricity Meter #2 | | | S/N: 5305510000001 | $14,800 |
| 33 | Ofite EP Lubricity Meter #3 | | | S/N: 5006180000001 | $14,800 |
| 34 | Ofite EP Lubricity Meter #4 (Older Model) | | | S/N: 11-68 | $5,000 |
| 35 | Fann EP Lubricity Meter 5 (Older Model) | | | | $5,000 |
| 36 | Brookfield PVS Rheometer | | | | $30,000 |
| 37 | Brookfield LV Rheometer | | | | $5,000 |
| 38 | Friction Loop 1 Cost | | | | $12,000 |
| 39 | Friction Loop 2 Cost | | | | $12,000 |
| 40 | Friction Loop 3 Cost | | | | $12,000 |
| 41 | Continental Pump 2CL6-CDF (Friction Loop Pump) | | | S/N: CL11468 | $5,053.24 |
| 42 | Electric Motor for Friction Loop Pump | | | | $746.76 |
| 43 | Continental Pump 2CL6-CDF (Friction Loop Pump) | | | S/N: CL12033 | $5,053.24 |
| 44 | Electric Motor for Friction Loop Pump | | | | $746.76 |
| 45 | Continental Pump 2CL6-CDF (Sand Loop Pump) | | | S/N: CL14560 | $5,053.24 |
| 46 | Electric Motor for Friction Loop Pump | | | | $746.76 |
| 47 | Continental Pump 2CL6-CDF (Extra Pump) | | | S/N: CL19650 | $5,053.24 |
| 48 | Grace M2200 HPHT Lubricity Meter | | | | $132,059.59 |
| 49 | Sensadyne Surface Tensiometer | | | | $10,000.00 |
| 50 | Rame-Hart Goniometer | | | | $12,000.00 |
| 51 | Rame-Hart Automated Dispensing System | | | | $3,529.00 |
| 52 | Kibron Aqua Pi Plus Surface Tensiometer | | | | $6,750.00 |
| 53 | Kruss Spinning Drop Tensiometer (Part# SDT) | | | | $32,613.00 |
| 54 | AmScope Optical Microscopes (3) | | | | $750.00 |
| 55 | Fischer Sci. Isotemp Oven | | | ? | $2,488.00 |

| | | | | | |
|---|---|---|---|---|---|
| 56 | Thermo Sci. Thermolyne Oven | | | S/N: 117008607 | $4,555.00 |
| 57 | Cole Parmer Lab Oven Model 05015-54 | | | Model: 05015-54 | $4,900.00 |
| 58 | U S Stoneware (roller grinder) roller balls and container sold seperately | | | S/N: CZ04008 | $6,538.00 |
| 59 | Sanplatec company Dry Keeper | | | S/N: 1630 | $3,619.00 |
| 60 | C E -Tyler Ro-Tap | | | S/N: 419 | $6,599.00 |
| 61 | Husky Air Compressor | | | S/N: 2005481 | $625.00 |
| 62 | Fisher Sci. Isotemp Vacuum Oven | | | Model: 285A | $11,014.00 |
| 63 | Ofite Hot Roller Oven with four (4) bomb cylinders | | | S/N: 0707 | $19,686.00 |
| 64 | Orion pH Meter Model 420A | | | S/N: 0188406 | $1,113.00 |
| 65 | NL Bariod HTHP Filter Press (Odum's) | | | can't read S/N | $3,300.00 |
| 66 | (18 total) Overhead Laboratory Stirrers (price has increased/doubled) | | | | $14,346.00 |
| 67 | Julabo HE4 Heater (paired with Brookfield PVS) | | | | $6,729.00 |
| 68 | Julabo F25 Chiller (paired with Anton Paar MCR302) | | | | $5,260.00 |
| 69 | Friction Loop Chiller | | | | $773.49 |
| 70 | Lab computers (21) to run lab instruments ($750 each) | | | | $15,750.00 |
| 71 | Carver Hydraulic puck Model C / Model 3912 (countertop puck press) | | | S/N: 41000-454 | $2,195.00 |
| 72 | SPX Power Team Compression Testing of Soil Model A (Humboldt black puck press) | | | S/N: 2607AJ15209 | $8,300.00 |
| 73 | ploog Engineering Co. (Green Puck Press) | | | S/N: M100-202 | $11,400.00 |
| 74 | Ofite Three (3) API Fluid Loss (odum's) ($1487.00 ea>) | | | S/N: 5085510000012 | $4,461.00 |
| 75 | National Appliance Vacuum Oven (w/o Vac Pump) model 5831S/N: 5831 | | | S/N: 5831 | $9,744 |
| | 3 Hp, 460 Volts | US Motor | DS31 | N/A | |
| | 7.5Hp, 460 Volts | US Motor | DS25 | N/A | |
| | 3 Hp, 460 Volts | US Motor | DS31 | N/A | |
| | 7.5 Hp, 460 Volts | Baldor Reliance | EJMM3616T | N/A | |
| | 3 Hp, 460 Volts | US Motor | DS31 | N/A | |
| | 3 Hp, 460 Volts | US Motor | DS31 | N/A | |
| | 3 Hp, 460 Volts | US Motor | DS31 | N/A | |
| | 3 Hp, 460 Volts | US Motor | DS31 | N/A | |
| | 3 Hp, 460 Volts | US Motor | DS31 | N/A | |
| | 7.5 Hp, 460 Volts | Baldor Reliance | EJMM3616T | N/A | |
| | 50 Hp, 460 Volts | TECO Westinghouse | EP0502C | WH V7229212 004 | |
| | 3 Hp, 460 Volts | US Motor | DS31 | N/A | |
| | 3 Hp, 460 Volts | US Motor | DS31 | N/A | |
| | 3 Hp, 460 Volts | US Motor | DS31 | N/A | |
| | 7.5 Hp, 460 Volts | US Motor | DS25 | N/A | |
| | 1 Hp, 460 Volts | US Motor | 202345009-100 | N/A | |
| | 7.5 Hp, 460 Volts | Silverson | FX60 | N/A | |

| | | | |
|---|---|---|---|
| 2.5 Hp, 460 Volts | Marathon Motors | XVE-56T17D15718A | 352 |
| 7.5 Hp, 460 Volts | Baldor Reliance | 4240-95 | N/A |
| 25 Hp, 460 Volts | US Motor | FK55 | N/A |
| 40 Hp, 460 Volts | Siemens | XP100-1D1 | Q2-H20TG8481139-11- |
| 20 Hp, 460 Volts | Iron Horse | MTCP-020-3BD18 | 415807004 |
| 20 Hp, 460 Volts | Iron Horse | MTCP-020-3BD18 | 415807001 |
| 20 Hp, 460 Volts | Iron Horse | MTCP-020-3BD18 | 415807003 |
| 20 Hp, 460 Volts | Iron Horse | MTCP-020-3BD18 | 515807001 |
| 20 Hp, 460 Volts | Iron Horse | MTCP-020-3BD18 | N/A |
| 20 Hp, 460 Volts | Iron Horse | MTCP-020-3BD18 | N/A |
| 25 Hp, 460 Volts | US Motor | 284-TC | N/A |
| 15 Hp, 460 Volts | US Motor | 254TC | N/A |
| 30 Hp, 460 Volts | US Motor | CN16 | N/A |
| 30 Hp, 460 Volts | US Motor | CN16 | N/A |
| 30 Hp, 460 Volts | US Motor | CN16 | N/A |
| 10 Hp, 460 Volts | Baldor Reliance | CEM3714T | N/A |
| 50 Hp, 460 Volts | TECO Westinghouse | AEHH8N | WH V7229212 002 |
| 5 Hp, 380 Volts | US Motor | DS32 | N/A |
| 5 Hp, 380 Volts | US Motor | DS32 | N/A |
| 60 Hp, 460 Volts | Iron Horse | MTCP2-060-3BD18 | 1074254VVJJ |
| 30 Hp, 460 Volts | Baldor Reliance | 430A-95 | N/A |
| 30 Hp, 460 Volts | Baldor Reliance | 430A-95 | N/A |
| 30 Hp, 460 Volts | US Motor | FK57 | N/A |
| 30 Hp, 460 Volts | US Motor | FK57 | N/A |
| 3 Hp, 460 Volts | Marathon Motors | PVD182THFW7729AAM | N/A |
| 3 Hp, 460 Volts | Marathon Motors | PVD182THFW7729AAM | N/A |
| 3 Hp, 460 Volts | Marathon Motors | PVD182THFW7729AAM | N/A |
| 3 Hp, 460 Volts | Marathon Motors | PVD182THFW7729AAM | N/A |

| | | | |
|---|---|---|---|
| 3 Hp, 460 Volts | Marathon Motors | PVD182THFW7729AAM | N/A |
| 3 Hp, 460 Volts | Marathon Motors | PVD182THFW7729AAM | N/A |
| 3 Hp, 460 Volts | Marathon Motors | PVD182THFW7729AAM | N/A |
| 3 Hp, 460 Volts | Marathon Motors | PVD182THFW7729AAM | N/A |
| 3 Hp, 460 Volts | Marathon Motors | PVD182THFW7729AAM | N/A |
| 3 Hp, 460 Volts | Marathon Motors | PVD182THFW7729AAM | N/A |
| 3 Hp, 460 Volts | Marathon Motors | PVD182THFW7729AAM | N/A |
| 3 Hp, 460 Volts | Marathon Motors | PVD182THFW7729AAM | N/A |
| 15 Hp, 460 Volts | US Motor | FK49 | N/A |
| 15 Hp, 460 Volts | US Motor | CM67 | N/A |
| 3 Hp, 460 Volts | Iron Horse | MTCP-003-3BD18C | 1015733014 |
| 3 Hp, 460 Volts | Iron Horse | MTCP-003-3BD18C | 1015733017 |
| 3 Hp, 230 Volts | US Motor | T63MWCLZ-1898 | N/A |
| 3 Hp, 230 Volts | US Motor | T63MWCLZ-1898 | N/A |
| 3 Hp, 230 Volts | US Motor | T63MWCLZ-1898 | N/A |
| 25 Hp, 460 Volts | US Motor | LCF1 | N/A |
| 15 Hp, 460 Volts | US Motor | LCF1 | N/A |
| 10 Hp, 460 Volts | Baldor Reliance | CEM314T | N/A |
| 3 Hp, 460 Volts | Marathon Motors | XM182TTFBD6004BAM | C-MM210290-FR11 |
| 3 Hp, 240 Volts | Automation Direct | GS2-23PO | W14370008 |
| 3 Hp, 240 Volts | Automation Direct | GS2-23PO | W320096 |
| 3 Hp, 240 Volts | Automation Direct | GS2-23PO | W320024 |
| 3 Hp, 240 Volts | Automation Direct | GS2-23PO | W16100044 |
| 3 Hp, 240 Volts | Automation Direct | GS2-23PO | W13440047 |

| | | | |
|---|---|---|---|
| 3 Hp, 240 Volts | Automation Direct | GS2-23PO | W13440089 |
| 7.5 HP, 240 Volts | Iron Horse | ACNND-27P5 | 550C207005C |
| 3 Hp, 460 Volts | Dura Pulse | GS23-47P5 | T21490077 |
| 50 Hp, 460 Volts | Dura Pulse | GS34-4050 | W15320011 |
| 7.5 Hp, 480 Volts | Automation Direct | GS2-47P5 | W14500034 |
| 3 Hp, 240 Volts | Automation Direct | GS2-21PO | W328030 |
| 3 Hp, 240 Volts | Dura Pulse | GS3-23PO | W15430007 |
| 15 Hp, 480 Volts | Iron Horse | CAN-4015 | 550BC10019A |
| 30 Hp, 240 Volts | Dura Pulse | GS4-2030 | H21240004 |
| 25 Hp, 480 Volts | Dura Pulse | GS23-4015 | T21350126 |
| 30 Hp, 460 Volts | Dura Pulse | GS23-4030 | T21350009 |
| 30 Hp, 460 Volts | Dura Pulse | GS23-4030 | T21350020 |
| 7.5 Hp, 480 Volts | Iron Horse | ACNND-47P5 | 550C42204B7 |
| 30 Hp, 480 Volts | Dura Pulse | GS4-4030 | H19470007 |
| 2 Hp, 240 Volts | Automation Direct | GS2-22PO | W18110066 |
| 25 Hp, 480 Volts | Iron Horse | CAN-4025 | 550BC15003C |
| 30 Hp, 460 Volts | Dura Pulse | GS3-4030 | W150600232 |
| 30 Hp, 460 Volts | Dura Pulse | GS3-4030 | W17370013 |
| 2 Hp, 240 Volts | Dura Pulse | GS4-22PO | W17440001 |
| 3 Hp, 480 Volts | Automation Direct | GS2-43PO | W15320070 |
| 3 Hp, 480 Volts | Automation Direct | GS2-43PO | W15320007 |
| 3 Hp, 480 Volts | Automation Direct | GS2-43PO | W15320010 |
| 3 Hp, 480 Volts | Automation Direct | GS2-43PO | W15320041 |
| 3 Hp, 480 Volts | Automation Direct | GS2-43PO | W14250140 |
| 3 Hp, 480 Volts | Automation Direct | GS2-43PO | W14290082 |
| 3 Hp, 480 Volts | Automation Direct | GS2-43PO | W14290026 |
| 3 Hp, 480 Volts | Automation Direct | GS2-43PO | W14290056 |
| 3 Hp, 480 Volts | Automation Direct | GS2-43PO | W15130001 |
| 3 Hp, 480 Volts | Automation Direct | GS2-43PO | W15130018 |
| 3 Hp, 480 Volts | Automation Direct | GS2-43PO | W15130015 |
| 3 Hp, 480 Volts | Automation Direct | GS2-43PO | W15130003 |
| 20 Hp, 480 Volts | Dura Pulse | GS3-4020 | W15450045 |
| 20 Hp, 480 Volts | Dura Pulse | GS3-4020 | W15220005 |
| 20 Hp, 480 Volts | Dura Pulse | GS3-4020 | W15220049 |
| 20 Hp, 480 Volts | Dura Pulse | GS3-4020 | W15220047 |

| | | | |
|---|---|---|---|
| 20 Hp, 480 Volts | Dura Pulse | GS3-4020 | W15450014 |
| 25 Hp, 480 Volts | Dura Pulse | GS3-4025 | H20410013 |
| 10 Hp, 480 Volts | Automation Direct | GS2-4010 | W14320016 |
| 10 Hp, 480 Volts | Automation Direct | GS2-4010 | W14320005 |
| 40 Hp, 480 Volts | Dura Pulse | GS3-4040 | H21420002 |
| 60 Hp, 480 Volts | Dura Pulse | GS3-4060 | K22120015 |
| 15 Hp, 480 Volts | Dura Pulse | GS3-4015 | W17300070 |
| 7.5 HP, 240 Volts | Automation Direct | GS2-27P5 | W15040012 |
| Yale | Yale | GLC060VXNVSE088 | A910V16812H |
| Komatsu | Komatsu | FG30HT-14 | 582323A |
| Mitsubishi | Mitsubishi | FG25N | AF17E05459 |
| Skyjack | Skyjack | ZR-1056D | 87300294 |
| Chicago Pneumatic, 460 Volts | Chicago Pneumatic | CPBG-25API | ITJ499288 |
| AD Pneumatic, 230, Volts | AD Pneumatic | AD125-E7 | ITJ504513 |
| PUMA 1 Hp, 230 Volts | Puma | PK6060V | N/A |
| Ofite | Ofite | 900 | 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 |
| Ofite | Ofite | 900 | 5.14098E+12 |
| Karl Fisher Triation | Karl Fisher Triation | 110270010 | 1000475727 |
| Sartorius Scale | Sartorius Scale | BCE2241-1S | 42904868 |
| Ofite Lubricity | Ofite Lubricity | 112-00-T | 5.3055E+12 |
| Trainer Scale, 59 In X 59 In, 10,000 LBS | Trainer Scale | TSM10-55 | N/A |
| Trainer Scale, 59 In X 59 In, 10,000 LBS | Trainer Scale | TSM10-55 | N/A |
| Trainer Scale, 59 In X 59 In, 10,000 LBS | Trainer Scale | TSM10-55 | N/A |
| Trainer Scale, 59 In X 59 In, 10,000 LBS | Trainer Scale | TSM10-55 | N/A |
| Trainer Scale, 59 In X 59 In, 10,000 LBS | Trainer Scale | TSM10-55 | N/A |
| Trainer Scale, 59 In X 59 In, 10,000 LBS | Trainer Scale | TSM10-55 | N/A |
| Trainer Scale, 59 In X 59 In, 10,000 LBS | Trainer Scale | TSM10-55 | N/A |
| Trainer Scale, 59 In X 59 In, 10,000 LBS | Trainer Scale | TSM10-55 | N/A |
| Trainer Scale, 47 In X 47 In, 10,000 LBS | Trainer Scale | N/A | N/A |
| Trainer Scale, 72 In X 72In, 15,000 LBS | Trainer Scale | N/A | N/A |
| Trainer Scale, 48 In X 59 In, 10,000 LBS | Trainer Scale | N/A | N/A |
| Earth Quake 43cc ogger | Earth Quake | E43 | 034849-09410-051321- |
| Milwauke Mag. Drill Press | Milwauke | 4203 | 838B3184000005 |
| Klutch Plasma Cutter, 45 Amp | Klutch | Pfc700 | 22093000974 |

| | | | |
|---|---|---|---|
| Bosch Roto Hammer | Bosch | RH328VC | 3611B3A013 |
| Hilty Roto Hammer | Hilty | TE-AVR | 127716 |
| Johnson Lazer Level | Johnson | 40-6515 | N/A |
| Craftsman Slide Hammer | Craftsman | CMMT14140 | N/A |
| DeWalt Bandsaw, 20 Volt | DeWalt | DCS-374 | 67777 |
| DeWalt Jig Saw | DeWalt | DW317 | 2022-26-9 |
| DeWalt 20 Volt Grinder | DeWalt | DCG41 | DG72848 |
| Dewalt 20 Volt Sawsall | DeWalt | DCS382 | DJ0BQR5 |
| DeWalt Multy Tool 20 Volt | DeWalt | DCS356 | 150399 |
| DeWalt Impact 20 Volt | DeWalt | DSF887 | DGT53W9 |
| DeWalt Impact 20 Volt | DeWalt | DSF887 | N/A |
| DeWalt Drill 20 Volt | DeWalt | DCD777 | DH7TM5K |
| DeWalt Drill 20 Volt | DeWalt | DCD777 | N/A |
| DeWalt Sander | DeWalt | DWE6423 | 1631793 |
| Kobalt Impact 24 Volt | Kobalt | 721 | 23401 |
| Bosch Sawsall | Bosch | RS325 | 129002443 |
| Milwauke Drill 12 Volt | Milwauke | 3404-20 | M80AH223705177 |
| Milwauke Impact 12 Volt | Milwauke | 3453-20 | N/A |
| Milwauke Impact 12 Volt | Milwauke | M12 | L18AD220301317 |
| DeWalt Drill | DeWalt | DW235G | 57894 |
| Delta Bench Grinder | Delta | 23-196 | 141-2014-38-AL |
| Hobart Mig Welder | Hobart | Ironman 230 | MH065000P |
| Porter Cable Drill Press | Porter Cable | N/A | 18189 |
| Northern Tool Band Saw | Northern Tool | N/A | N/A |
| Titan 2 In pump | Titan | N08-5021-01 | N/A |
| Titan 2 In pump | Titan | N08-5021-01 | N/A |
| Titan 3 In pump | Titan | N15-5021-01 | N/A |
| Sheer Teeth | N/A | 1242281 | 2731-30 |
| 5,500 Gal. Polly Tank | N/A | N/A | N/A |
| 5,500 Gal. Polly Tank | N/A | N/A | N/A |
| 5,500 Gal. Polly Tank | N/A | N/A | N/A |
| 5,500 Gal. Polly Tank | N/A | N/A | N/A |
| 5,500 Gal. Polly Tank | N/A | N/A | N/A |
| 5,500 Gal. Polly Tank | N/A | N/A | N/A |
| 5,500 Gal. Polly Tank | N/A | N/A | N/A |

| | | | |
|---|---|---|---|
| 4,500 Gal. Polly Tank | N/A | N/A | N/A |
| 4,500 Gal. Polly Tank | N/A | N/A | N/A |
| 4,500 Gal. Polly Tank | N/A | N/A | N/A |
| 4,500 Gal. Polly Tank | N/A | N/A | N/A |
| 4,500 Gal. Polly Tank | N/A | N/A | N/A |
| 1,000 Gal. Polly Tank | N/A | N/A | N/A |
| 1,500 Gal. Polly Tank | N/A | N/A | N/A |
| 1,500 Gal. Polly Tank | N/A | N/A | N/A |
| 1,500 Gal. Polly Tank | N/A | N/A | N/A |
| 900 Gal. Polly Tank | N/A | N/A | N/A |
| 900 Gal. Polly Tank | N/A | N/A | N/A |
| 900 Gal. Polly Tank | N/A | N/A | N/A |
| 900 Gal. Polly Tank | N/A | N/A | N/A |
| 10,000 Gal. Polly Tank | N/A | N/A | N/A |
| 10,00 Gal. Polly Tank | N/A | N/A | N/A |
| 1,400 Gal. Polly Tank | N/A | N/A | N/A |
| 1,400 Gal. Polly Tank | N/A | N/A | N/A |
| 1,400 Gal. Polly Tank | N/A | N/A | N/A |
| 1,400 Gal. Polly Tank | N/A | N/A | N/A |
| 50 Gal. Polly Tank | N/A | N/A | N/A |
| 50 Gal. Polly Tank | N/A | N/A | N/A |
| 50 Gal. Polly Tank | N/A | N/A | N/A |
| 7,000 Gal. Polly Tank | N/A | N/A | N/A |
| 7,000 Gal. Polly Tank | N/A | N/A | N/A |
| 1,300 Gal. Polly Tank | N/A | N/A | N/A |
| 155 Gal. Polly Tank | N/A | N/A | N/A |
| 155 Gal. Polly Tank | N/A | N/A | N/A |
| 125 Gal. Polly Tank | N/A | N/A | N/A |
| 500 Gal. Polly Tank | N/A | N/A | N/A |
| Sphear Polly Tank | N/A | N/A | N/A |
| Sphear Polly Tank | N/A | N/A | N/A |
| 1,050 Gal. Polly Tank | N/A | N/A | N/A |
| 30 Gal. Polly Tank | N/A | N/A | N/A |
| 400 BBL Holding Tank | Alexander | N/A | N/A |
| 400 BBL Holding Tank | Alexander | N/A | N/A |

| | | | |
|---|---|---|---|
| 400 BBL Holding Tank | Alexander | N/A | 19110 |
| 400 BBL Holding Tank | Alexander | N/A | 6475 |
| 400 BBL Holding Tank | Alexander | N/A | 10302 |
| 400 BBL Holding Tank | Alexander | N/A | 5731 |
| 400 BBL Holding Tank | Alexander | N/A | 10298 |
| 400 BBL Holding Tank | Alexander | N/A | 11321 |
| 400 BBL Holding Tank | Alexander | N/A | 11326 |
| 400 BBL Holding Tank | Alexander | N/A | 11324 |
| 400 BBL Holding Tank | Alexander | N/A | 10589 |
| 400 BBL Holding Tank | Alexander | N/A | 11063 |
| 400 BBL Holding Tank | Alexander | N/A | 11287 |
| 400 BBL Holding Tank | Alexander | N/A | 11322 |
| 400 BBL Holding Tank | Alexander | N/A | 10259 |
| 400 BBL Holding Tank | Alexander | N/A | 11293 |
| 400 BBL Holding Tank | Alexander | N/A | 10700 |
| 400 BBL Holding Tank | Alexander | N/A | 10704 |
| 5,000 Gal. Mixing Tank | N/A | N/A | N/A |
| 5,000 Gal. Mixing Tank | N/A | N/A | N/A |
| 5,000 Gal. Mixing Tank | N/A | N/A | N/A |
| 900 Gal. Mixing Tank | N/A | N/A | N/A |
| Berkeley by Pentair Type B Close-Coupled End-Suction | Nema Premium | FK49 | N/A |
| Berkeley by Pentair Type B Close-Coupled End-Suction | Nema Premium | FK49 | N/A |
| Berkeley by Pentair Type B Close-Coupled End-Suction | Nema Premium | FK49 | N/A |
| IronHorse ACN series AC general purpose drive with | Durapulse | GS3-2015 | N/A |
| IronHorse ACN series AC general purpose drive with | Durapulse | GS3-2015 | N/A |
| IronHorse ACN series AC general purpose drive with | Durapulse | GS3-23P0 | N/A |
| Control panel | N/A | N/A | N/A |
| Control panel | N/A | N/A | N/A |
| Control panel | N/A | N/A | N/A |
| 400 bbl used vertical | Smith Ind Inc. | N/A | 18533 |
| 400 bbl used vertical | Smith Ind Inc. | N/A | 6473 |
| 400 bbl used vertical | Watco Tanks | N/A | 6651 |
| 400 bbl used vertical | Smith Ind Inc. | N/A | 16256 |
| Blast and coat ID | N/A | N/A | N/A |
| Blast and coat ID | N/A | N/A | N/A |

| | | | |
|---|---|---|---|
| Blast and coat ID | N/A | N/A | N/A |
| Blast and coat ID | N/A | N/A | N/A |
| Freight | N/A | N/A | N/A |
| Freight | N/A | N/A | N/A |
| Freight | N/A | N/A | N/A |
| Freight | N/A | N/A | N/A |
| **Stairs and catwalk (one lot)** | **NOT PRESENT AT** | N/A | N/A |
| Tank Stand | N/A | N/A | N/A |
| Tank Stand | N/A | N/A | N/A |
| Tank Stand | N/A | N/A | N/A |
| Tank Stand | N/A | N/A | N/A |
| 200,000 # Tank scales | Rice Lake Scale | 480Plus-2A | 31192 |
| 200,000 # Tank scales | Rice Lake Scale | 480Plus-2A | 31202 |
| Manifold | NA | N/A | NA |
| Conecting hardware (valves, flanges, hoses, etc...) | **NO SERIAL NUMBERS** | | |
| Contract labor for hardware installation | N/A | N/A | N/A |
| 400 bbl used vertical | N/A | N/A | W-8262 |
| 400 bbl used vertical | N/A | N/A | W-8117 |
| 400 bbl used vertical | N/A | N/A | W-8259 |
| 400 bbl used vertical | N/A | N/A | N/A |
| 400 bbl used vertical | N/A | N/A | W-8258 |
| 400 bbl used vertical | N/A | N/A | W-8107 |
| 400 bbl used vertical | N/A | N/A | W-8257 |
| 400 bbl used vertical | N/A | N/A | W-7789 |
| 500 bbl used vertical | N/A | N/A | F5582 |
| 500 bbl used vertical | N/A | N/A | F55471 |
| Blast and coat ID | **NO SERIAL NUMBERS** | | |
| Blast and coat ID | **NO SERIAL NUMBERS** | | |
| Blast and coat ID | **NO SERIAL NUMBERS** | | |
| Blast and coat ID | **NO SERIAL NUMBERS** | | |
| Blast and coat ID | **NO SERIAL NUMBERS** | | |
| Blast and coat ID | **NO SERIAL NUMBERS** | | |
| Blast and coat ID | **NO SERIAL NUMBERS** | | |
| Blast and coat ID | **NO SERIAL NUMBERS** | | |
| Blast and coat ID | **NO SERIAL NUMBERS** | | |

| | | | |
|---|---|---|---|
| Blast and coat ID | **NO SERIAL NUMBERS** | | |
| Freight | **NO SERIAL NUMBERS** | | |
| Freight | **NO SERIAL NUMBERS** | | |
| Freight | **NO SERIAL NUMBERS** | | |
| Freight | **NO SERIAL NUMBERS** | | |
| Freight | **NO SERIAL NUMBERS** | | |
| Freight | **NO SERIAL NUMBERS** | | |
| Freight | **NO SERIAL NUMBERS** | | |
| Freight | **NO SERIAL NUMBERS** | | |
| Freight | **NO SERIAL NUMBERS** | | |
| Freight | **NO SERIAL NUMBERS** | | |
| **Stairs and catwalk (one lot)** | **NOT PRESENT AT** | | |
| Conecting hardware (valves, flanges, hoses, etc...) | **NO SERIAL NUMBERS** | | |
| Contract labor for hardware installation | N/A | N/A | N/A |
| MSVF 8 Vertical Multistage External Mount Pump | Rae Pumps | MSV8-80 | CT3-389 |
| ACN 27P5 IronHorse ACN series AC general purpose drive | Ironhorse Nema 4X AC | ACN-27P5 | N/A |
| Control panel (includes pressure limit switch) | N/A | N/A | N/A |
| 500 bbl Round Skid Tank | N/A | 21630 | N/A |
| 500 bbl Round Skid Tank | N/A | 4803 | N/A |
| 500 bbl Round Skid Tank | N/A | 4806 | N/A |
| 500 bbl Round Skid Tank | N/A | 7706 | N/A |
| 500 bbl frac tank with agitation added | T-1335 STT | M034194 | N/A |
| 500 bbl frac tank with agitation added | T-1334 STT | M034254 | N/A |
| 500 bbl frac tank with agitation added | T-1355 STT | M034254 | N/A |
| Multiquip QP4TK - 475 GPM (4") Electric Start Kubota Diesel | Multiquip Inc. | QP-3TK | 3TK-0416 |
| Multiquip QP4TK - 475 GPM (4") Electric Start Kubota Diesel | Multiquip Inc. | QP-3TK | 3TK-0348 |
| Multiquip QP4TK - 475 GPM (4") Electric Start Kubota Diesel | Multiquip Inc. | QP-3TK | 3TK-0266 |
| Multiquip QP4TK - 475 GPM (4") Electric Start Kubota Diesel | Multiquip Inc. | QP-3TK | 3TK-0272 |
| 3" ARO 666321-G22-C METALLIC PRO DIAPHRAGM PUMP | #666321-G22-C | N/A | N/A |
| 2" Sandpiper DIAPHRAGM PUMP | Warren Rupp Inc. | N/A | 2334353 |
| 2" Yamada DIAPHRAGM PUMP | Yamada America Inc. | NDP-50BAT | B19366 |
| 2" ARO 6662A3-244-C DOUBLE DIAPHRAGM PUMP | N/A | N/A | N/A |
| 1" 6661T3-3EB-C ARO DIAPHRAGM PUMP 1-1/2" NON- | N/A | N/A | N/A |
| **10,000#, 4x4, Tele-handler w/stabilizer. N/A** | **Decker** | N/A | **Decker** |
| Forklift, 5000#, triple mast, propane (Toyota estimate) | Mitsubishi | FG25N | N/A |

| | | | |
|---|---|---|---|
| 1997 TJ 5000 yard spotter (aka: yard dog) | Capa TJ 5000 | 10337 | N/A |
| Ottawa yard spotter (for parts) | Ottawa | 30 | 64849 |
| ISO & chassis (used, Houston area) (430802) | PRATT | DC432LW | P5441 |
| ISO & chassis (used, Houston area) (430804) | PRATT | DC432LW | Vin# |
| ISO & chassis (used, Houston area) (430800) | PRATT | DC432LW | 932102-0 |
| ISO & chassis (used, Houston area) (430803) | REINKE | DC432LW | 95-836 |
| ISO & chassis (used, Houston area) (412206) | REINKE | DC432LW | YMT-693 |
| ISO & chassis (used, Houston area) (412205) | REINKE | DC432LW | TCL2 9946 |
| Lot of tools, spare parts & motors | | | |
| Continental CL-4 pumps (field use) | Continental Pumps (CL4- | 1CL4-CDQ | CL14671 |
| Continental CL-4 pumps (field use) | Continental Pumps (CL4- | 1CL4-CDQ | N/A |
| Continental CL-4 pumps (field use) | Continental Pumps (CL4- | 1CL4-CDQ | CL11547 |
| Continental CL-4 pumps (field use) | Continental Pumps (CL4- | 1CL4-CDQ | CL14672 |
| Continental CL-4 pumps (field use) | Continental Pumps (CL4- | 1CL4-CDQ | CL14670 |
| Continental CL-4 pumps (field use) | Continental Pumps (CL4- | 1CL4-CDQ | CL14057 |
| Continental CL-4 pumps (field use) | Continental Pumps (CL4- | 1CL4-CDQ | CL14059 |
| Continental CL-4 pumps (field use) | Continental Pumps (CL4- | 1CL4-CDQ | CL12812 |
| Continental CL-4 pumps (field use) | Continental Pumps (CL4- | 1CL4-CDQ | CL11546 |
| Continental CL-4 pumps (field use) | Continental Pumps (CL4- | 1CL4-CDQ | N/A |
| Continental CL-4 pumps (field use) | Continental Pumps (CL4- | 1CL4-CDQ | N/A |
| Continental CL-4 pumps (field use) | Continental Pumps (CL4- | 1CL4-CDQ | CL13425 |
| Continental CL-4 pumps (field use) | Continental Pumps (CL4- | 1CL4-CDQ | CL13426 |
| Continental CL-3 pumps (field use) | Continental Pumps (CL3- | 1CL3-CDQ | CL13870 |
| Continental CL-3 pumps (field use) | Continental Pumps (CL3- | 1CL3-CDQ | CL13871 |
| Powerhorse Electrical Generator | Powerhorse | Item# 102221<br>Rev. B | 8212487 |
| OFITE RHEOMETER | RHEOMETER | 900 | |
| OFITE RHEOMETER | RHEOMETER | 900 | |
| OHAUSE | SCALE | SPX222 | B939320964 |
| IEB | SCALE | 457 | N/A |
| FRISTADEN LAB | MAG STIRRER | SH-3 | 201802048 |
| VITAMIX | BLENDER | VM0197 | |
| ELMI | CENTRIFUGE | CM-75 PIUS | 2220415K |
| LG Computer | LG | 24ML44B | 209NTYT5F922 |
| LG Computer | LG | 24ML44B | 209NTCZ5F899 |
| Lenovo Computer | Lenovo | MJ9020A26218 | MJ0DH434 |

| | |
|---|---|
| Berkeley by Pentair Type B Close-Coupled End-Suction | $ 4,002.98 |
| Berkeley by Pentair Type B Close-Coupled End-Suction | $ 4,002.98 |
| Berkeley by Pentair Type B Close-Coupled End-Suction | $ 4,002.98 |
| IronHorse ACN series AC general purpose drive with | $ 1,258.00 |
| IronHorse ACN series AC general purpose drive with | $ 1,258.00 |
| IronHorse ACN series AC general purpose drive with | $ 1,258.00 |
| Control panel | $ 950.00 |
| Control panel | $ 950.00 |
| Control panel | $ 950.00 |
| 500 bbl frac tank with agitation added | $ 32,500.00 |
| **500 bbl frac tank with agitation added** | $ 32,500.00 |
| 500 bbl frac tank with agitation added | $ 32,500.00 |
| Manifold | $ 65,000.00 |
| Conecting hardware (valves, flanges, hoses, etc...) | $ 85,000.00 |
| Conex (40') | $ 6,500.00 |
| Conex (40') | $ 6,500.00 |
| Lot of tools, spare parts & motors | $ 75,000.00 |
| Office (computer & furniture) | $ 15,000.00 |
| Forklift, 5000#, triple mast, propane (Toyota estimate) | $ 42,512.00 |
| Big Joe® WPT45 Electric Power Pallet Jack Truck - 4500 Lb. | $ 5,766.00 |

$1,500,095.35

Fill in this information to identify the case:

Debtor name Binder Science LLC

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): 24-70095

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** (MM/ DD/ YYYY) | to Filing date | ☑ Operating a business<br>☐ Other | **$8,030,060.28** |
| **For prior year:** | From **01/01/2023** (MM/ DD/ YYYY) | to **12/31/2023** (MM/ DD/ YYYY) | ☑ Operating a business<br>☐ Other | **$43,573,844.41** |
| **For the year before that:** | From **01/01/2022** (MM/ DD/ YYYY) | to **12/31/2022** (MM/ DD/ YYYY) | ☑ Operating a business<br>☐ Other | **$66,860,609.68** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** (MM/ DD/ YYYY) | to Filing date | | |
| **For prior year:** | From **01/01/2023** (MM/ DD/ YYYY) | to **12/31/2023** (MM/ DD/ YYYY) | | |
| **For the year before that:** | From **01/01/2022** (MM/ DD/ YYYY) | to **12/31/2022** (MM/ DD/ YYYY) | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached**<br>Creditor's name<br>Street<br>City State ZIP Code | | | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>☑ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Creditor's name<br>Street<br>City State ZIP Code | | | |

**Relationship to debtor**

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1. Creditor's name
Street
City State ZIP Code

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. Creditor's name<br>Street<br>City State ZIP Code | XXXX– _ _ _ _ | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Dragon Stone Energy, LLC v. Binder Science, LLC and Tom Wentzler**<br><br>**Case number**<br>**4:23-cv-02721** | **Agreed Final Judgment** | **United States District Court, Southern District of Texas**<br>Name<br>**515 Rusk Avenue**<br>Street<br><br>**Houston, TX 77002**<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| | | Name |
| City State ZIP Code | **Case number** | Street |
| | **Date of order or assignment** | City State ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

❑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **HALLIBURTON CHARITABLE FOUNDATION Golf Tournament**<br>Recipient's name<br>Street<br>City State ZIP Code | | | **$50,000.00** |

**Recipient's relationship to debtor**

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **DeMarco Mitchell, PLLC** | | | **$21,738.00** |

**Address**

**12770 Coit Road 850**
Street

**Dallas, TX 75251**
City State ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**Trustee**

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

13.1.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Address**

Street

City State ZIP Code

**Relationship to debtor**

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. Street<br>City State ZIP Code | From ____ To ____ |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. Facility name<br>Street<br>City State ZIP Code | | |
| | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☑ No.
- ☐ Yes. State the nature of the information collected and retained. ______
  - Does the debtor have a privacy policy about that information?
    - ☐ No
    - ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☑ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?
  - ☐ No. Go to Part 10.
  - ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

- ☐ No
- ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

- ☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | **Chase**<br>Name<br>Street<br>City State ZIP Code | XXXX– __ __ __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other ______ | **9/23** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

- ☑ None

19.1

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ❑ No<br>❑ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

❑ None

20.1

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Spring Office and Storage**<br>Name<br>**26207 I-45 C**<br>Street<br>**Spring, TX 77380**<br>City State ZIP Code | Address | ~~1 Small Storage Unit at Spring Office and Storage for the storage~~ Archived file boxes and misc hardware. | ☑ No<br>❑ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

❑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **PSMG**<br>Name<br>**980 Birmingham RD**<br>Street<br>**Alpharetta GA 30004**<br>City State ZIP Code | **32624 Decker Prairie Rd**<br>**Magnolia, TX 77355** | ~~85,200 lbs of of Zetag Polymer is owned by Floctech but possessed by Binder.~~ Binder received their product and toll blends it back to them with our chemicals for a finished product they want. | |

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name<br>Street<br>City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Name: ___ Street: ___ City ___ State ___ ZIP Code ___ | | EIN: __ – _______ Dates business existed From ___ To ___ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **A Strong CPA** (Name)<br>**1790 Hughes Landing Blvd # 200** (Street)<br>**Spring, TX 77380** (City State ZIP Code) | From **10/23** To **3/14** |
| 26a.2. | **Palmetto Maple LLC** (Name)<br>**16592 Lonely Pines Dr** (Street)<br>**Conroe, TX 77302** (City State ZIP Code) | From **10/23** To **03/24** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | **Rinnovo Management LLC** (Name)<br>**PO Box 690873** (Street)<br>**Vero Beach, FL 32969** (City State ZIP Code) | From **3/23** To **4/24** |
| 26b.2. | **Midcon Gathering LLC** (Name)<br>**4400 Post Oak Pkwy, Ste. 2650** (Street)<br>**Houston, TX 77027** (City State ZIP Code) | From **2/23** To **4/24** |

| Name and address | Dates of service |
|---|---|
| 26b.3. **LANCER INDUSTRIES, INC.**<br>Name<br>**3010 LBJ FREEWAY, SUITE 555**<br>Street<br>**Dallas, TX 75234**<br>City State ZIP Code | From **11/23** To **04/24** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Name<br>Street<br>City State ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Dragon Stone Energy, LTD**<br>Name<br>**4731 Fisher Dr**<br>Street<br>**CB V6X 3V4, Canada,**<br>City State ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. Name<br>Street<br>City State ZIP Code |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tom Wentzler | 28 Autumn Crescent Spring, TX 77381 | , | 100.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From<br>To |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Tom Wentzler<br>Name<br>28 Autumn Crescent<br>Street<br><br>Spring, TX 77381<br>City State ZIP Code | $53,000.00 | 10/27/2023 | $53,000<br>Check#1510 to Tom Wentzler 10-27-23 for taxes |

| Relationship to debtor |
|---|
| Owner |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ – _______ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ – _______ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/06/2024**
MM/ DD/ YYYY

✗ **/s/ Patric Palcic** Printed name **Patric Palcic**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
❑ Yes

| Transaction Date | Description | Debit | Credit | Long Description |
|---|---|---|---|---|
| 4/8/24 | Even Capital Cap Binder Scienc | -$2,500.00 | | 7EVEN CAPITAL 7EVEN CAP BINDER SCIENCE |
| 4/8/24 | American Express Credit Card | -$42,500.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W7788 |
| 4/9/24 | Even Capital Cap Binder Scienc | -$2,500.00 | | 7EVEN CAPITAL 7EVEN CAP BINDER SCIENCE |
| 4/10/24 | Even Capital Cap Binder Scienc | -$2,500.00 | | 7EVEN CAPITAL 7EVEN CAP BINDER SCIENCE |
| 4/10/24 | Proventure Cap Binder Sci Scie | -$6,000.00 | | Proventure Cap BINDER SCI BINDER SCIENCE BINDER SCIENCE |
| 4/11/24 | Even Capital Cap Binder Scienc | -$2,500.00 | | 7EVEN CAPITAL 7EVEN CAP BINDER SCIENCE |
| 4/11/24 | Proventure Cap Binder Sci Scie | -$6,000.00 | | Proventure Cap BINDER SCI BINDER SCIENCE BINDER SCIENCE |
| 4/12/24 | Even Capital Cap Binder Scienc | -$2,500.00 | | 7EVEN CAPITAL 7EVEN CAP BINDER SCIENCE |
| 4/12/24 | Proventure Cap Binder Sci Scie | -$6,000.00 | | Proventure Cap BINDER SCI BINDER SCIENCE BINDER SCIENCE |
| 4/15/24 | Even Capital Cap Binder Scienc | -$1,800.00 | | 7EVEN CAPITAL 7EVEN CAP BINDER SCIENCE |
| 4/15/24 | Even Capital Cap Binder Scienc | -$2,500.00 | | 7EVEN CAPITAL 7EVEN CAP BINDER SCIENCE |
| 4/15/24 | Proventure Cap Binder Sci Scie | -$6,000.00 | | Proventure Cap BINDER SCI BINDER SCIENCE BINDER SCIENCE |
| 4/16/24 | Even Capital Cap Binder Scienc | -$1,800.00 | | 7EVEN CAPITAL 7EVEN CAP BINDER SCIENCE |
| 4/17/24 | Even Capital Cap Binder Scienc | -$1,800.00 | | 7EVEN CAPITAL 7EVEN CAP BINDER SCIENCE |
| 4/18/24 | Even Capital Cap Binder Scienc | -$1,800.00 | | 7EVEN CAPITAL 7EVEN CAP BINDER SCIENCE |
| 4/19/24 | Even Capital Cap Binder Scienc | -$1,800.00 | | 7EVEN CAPITAL 7EVEN CAP BINDER SCIENCE |
| 4/19/24 | Mitsubishi O Binder Science | -$2,165.00 | | MITSUBISHI HCC O 4009 BINDER SCIENCE 214840 |
| 4/19/24 | Lease Corporatio Ebpp Binder S | -$2,867.61 | | Lease Corporatio EBPP PMT BINDER SCIENCE LCA |
| 4/22/24 | Even Capital Cap Binder Scienc | -$1,800.00 | | 7EVEN CAPITAL 7EVEN CAP BINDER SCIENCE |
| 4/30/24 | American Express Credit Card | -$37,137.55 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W0722 |
| 5/9/24 | American Express Credit Card | -$5,000.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W0864 |
| 5/14/24 | American Express Credit Card | -$5,000.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W6998 |
| 5/14/24 | American Express Credit Card | -$20,000.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W0506 |
| 5/15/24 | American Express Credit Card | -$15,000.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W1876 |
| 5/20/24 | American Express Credit Card | -$13,000.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W6926 |
| 5/22/24 | American Express Credit Card | -$5,000.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W9982 |
| 5/24/24 | American Express Credit Card | -$5,000.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W2636 |
| 5/28/24 | Meged Funding Oup Binder Scien | -$2,000.00 | | Meged Funding Gr oup DB BINDER SCIENCE xxxxxxxx3013XDN |
| 5/29/24 | Regions Recredit Binder Scienc | | $2,000.00 | REGIONS RECREDIT BINDER SCIENCE xxxxxxxx3013XDN |
| 5/29/24 | Meged Funding B Binder Science | -$2,000.00 | | MEGED FUNDING GR 30002139 B BINDER SCIENCE 30002139 |
| 5/29/24 | American Express Credit Card | -$5,000.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W8132 |
| 5/29/24 | American Express Credit Card | -$5,000.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W8688 |
| 5/30/24 | Regions Recredit Binder Scienc | | $2,000.00 | REGIONS RECREDIT BINDER SCIENCE 30002139 |
| 5/30/24 | Meged Funding B Binder Science | -$2,000.00 | | MEGED FUNDING GR 30002139 B BINDER SCIENCE 30002139 |

| | | | | |
|---|---|---|---|---|
| 5/30/24 | American Express Credit Card | -$5,000.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W2884 |
| 5/31/24 | Regions Recredit Binder Scienc | | $2,000.00 | REGIONS RECREDIT BINDER SCIENCE 30002139 |
| 5/31/24 | Meged Funding B Binder Science | -$2,000.00 | | MEGED FUNDING GR 30002139 B BINDER SCIENCE 30002139 |
| 5/31/24 | American Express Credit Card | -$5,000.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W3948 |
| 6/3/24 | Regions Recredit Binder Scienc | | $2,000.00 | REGIONS RECREDIT BINDER SCIENCE 30002139 |
| 6/7/24 | American Express Credit Card | -$4,289.46 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W6172 |
| 6/11/24 | American Express Credit Card | -$5,000.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W0730 |
| 6/17/24 | American Express Credit Card | -$5,000.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W5512 |
| 6/17/24 | American Express Credit Card | -$5,000.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W4394 |
| 6/20/24 | American Express Credit Card | -$5,000.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W9976 |
| 6/24/24 | American Express Credit Card | -$5,000.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W2256 |
| 6/25/24 | American Express Credit Card | -$5,000.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W5670 |
| 6/25/24 | American Express Credit Card | -$5,000.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W6456 |
| 7/1/24 | American Express Credit Card | -$5,000.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W5842 |
| 7/2/24 | American Express Credit Card | -$5,000.00 | | AMEX EPAYMENT ACH PMT THOMAS WENTZLE W0070 |